UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | 1:03-CR-5448 AWI |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| **JUAN MANUEL ZEPEDA-CHAVEZ,** ) | NOTE AND DEED OF TRUST |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Deed No.:     2004-0050290

Receipt No.:  100-199014

IT IS SO ORDERED.

Dated:   **January 23, 2008**              /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE